

John BURDEN, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 15047.

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 1955.

John Burden, in pro. per.

Richard C. Baldwin, Asst. U. S. Atty., New Orleans, La., George R. Blue, U. S. Atty., New Orleans, La., for appellee.

Before HOLMES and BORAH, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

The judgment appealed from is affirmed.

Henry N. Longley, New York City (Bigham, Englar, Jones & Houston and F. Herbert Prem, New York City, on the brief), for libellants-appellants.

Charles S. Haight, New York City (Haight, Deming, Gardner, Poor & Havens and Richard G. Ashworth, New York City, on the brief), for claimants-respondents-appellees.

Before CLARK, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Dimock, Haroco Co., Inc., v. The Tai Shan, D.C., 111 F.Supp. 638, 1953 A.M.C. 887.

FREDERICK H. CONE & CO., Inc., et al.,
Libellants-Appellants,

v.

THE TAI SHAN, her engines, etc., THE WILHELM WILHELMSEN, N. A. A. L., Wilhelmsen's D/S A/S, THE TONSBERG, THE TANKFART I, THE TANKFART IV, THE TANKFART V, and THE TANKFART VI, Claimants-Respondents-Appellees.

No. 148, Docket 23228.

United States Court of Appeals,
Second Circuit.

Argued Jan. 12, 13, 1955.

Decided Jan. 25, 1955.

David E. KAHN and Lucille P. Kahn,
Petitioners,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent.

No. 142, Docket 22883.

United States Court of Appeals,
Second Circuit.

Argued Jan. 12, 1955.

Decided Jan. 25, 1955.

Petitioners, David E. and Lucille P. Kahn, challenge the finding of the Tax Court that a debt they wished to deduct as worthless in the year 1942 had in fact become worthless in 1941.

Benjamin Mahler, New York City, for petitioners.

Dudley J. Godfrey, Jr., Sp. Asst. to Atty. Gen., Washington, D. C., Kenneth Q. Gemmill, Washington, D. C., Chief